

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-83,092-01 & -02

### EX PARTE KELIAM LADARIUS RUDD, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W06-00774-I(A) & W05-74121-I(A)
### IN THE CRIMINAL DISTRICT COURT NO. 2 FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of aggravated assault of a public servant with a deadly weapon and aggravated robbery with a deadly weapon and sentenced to life imprisonment and thirty years' imprisonment, respectively. The Fifth Court of Appeals affirmed Applicant's convictions in *Rudd v. State*, Nos. 05-07-00447-CR & 05-07-00448-CR (Tex.App.—Dallas Aug. 4, 2008)(not designated for publication)

On October 17, 2014, an order designating issues was signed by the trial court. It appears

that the trial court has not completed its fact finding in these cases. We remand these applications to the Criminal District Court No. 2 to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: April 29, 2015
Do not publish